**Opinion issued June30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00130-CV**

———————————

**IN RE JEFFREY KITTLE AND KITTLE PROPERTY GROUP, INC.,**
**Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Jeffrey Kittle and Kittle Property Group, Inc. have filed a petition for writ of mandamus requesting this Court to vacate an order requiring the deposition of Jeffrey Kittle.[1]

---

[1]  The underlying case is *Chance Willis and Christopher Okray v. The Vireo Apartments, LP, Kittle Property Group, Inc., Herman and Kittle Properties, Inc., and Jeffrey Kittle*, cause number 2023-37572, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot. We withdraw the order granting emergency relief that issued February 21, 2024.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.